1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 JHOURYAN DITICO,

11         Plaintiff,                  No. CIV S-07-2251 GEB KJM PS

12    vs.

13 ROSEVILLE POLICE DEP'T, et al.,

14         Defendants.              <u>ORDER</u>

15 _____/

16         Plaintiff is proceeding in this action pro se.  Plaintiff has requested authority

17 pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this

18 court by Local Rule 72-302(c)(21).

19         Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is

20 unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in

21 forma pauperis will be granted.  28 U.S.C. § 1915(a).

22         Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  <u>See</u>

23 28 U.S.C. §§ 1914(a) & 1915(b)(1).  By separate order, the court will direct the appropriate

24 agency to collect the initial partial filing fee from plaintiff's prison trust account and forward it

25 to the Clerk of the Court.  Thereafter, plaintiff will be obligated to make monthly payments of

26 twenty percent of the preceding month's income credited to plaintiff's prison trust account.

These payments will be collected and forwarded by the appropriate agency to the Clerk of the

1 Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in
2 full.  See 28 U.S.C. § 1915(b)(2).

3       Plaintiff's complaint states a cognizable claim for relief pursuant to 42 U.S.C.
4 § 1983 and 28 U.S.C. § 1915A(b) against defendant Minor.  If the allegations of the complaint
5 are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  With
6 respect to the remaining defendants, plaintiff has not stated a cognizable claim and the court
7 declines to order service on those defendants.

8       Since this action was filed, plaintiff's address has changed.  Plaintiff has not,
9 however, filed a change of address with the court.  It is the plaintiff's responsibility to keep the
10 court apprised of his current address at all times.  Pursuant to Local Rule 83-182(f), service of
11 documents at the record address of the party is fully effective.  Plaintiff will therefore be directed
12 to file a change of address to reflect his current place of incarceration.

13       Accordingly, IT IS HEREBY ORDERED that:

14       1. Plaintiff's application to proceed in forma pauperis is granted.

15       2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
16 All fees shall be collected and paid in accordance with this court's order to the Warden of Rio
17 Cosumnes Correctional Center filed concurrently herewith.

18       3. Service of the complaint is appropriate for the following defendant:  Officer
19 Minor.

20       4. The Clerk of the Court shall send plaintiff  one USM-285 form, one summons,
21 an instruction sheet, and a copy of the complaint filed October 22, 2007.

22       5. Within thirty days from the date of this order, plaintiff shall complete the
23 attached Notice of Submission of Documents and submit all of the following documents to the
24 court at the same time:

25       a. The completed, signed Notice of Submission of Documents;
26       b. One completed summons;

    c. One completed USM-285 form for defendant Minor; and

    d. Two copies of the endorsed complaint filed October 22, 2007.

  6. Plaintiff shall not attempt to effect service of the complaint on defendant or request a waiver of service of summons from defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

  7. Within thirty days from the date of this order, plaintiff shall file a change of address indicating his current address.

  8. The Clerk of Court is directed to serve a copy of this order and the order directing payment of fee filed concurrently herewith on plaintiff at Rio Cosumnes Correctional Center(RCCC), 12500 Bruceville Road, Elk Grove, CA 95757 and to amend the court's proof of service accordingly.

DATED: November 21, 2007.

_____
U.S. MAGISTRATE JUDGE

006
ditico.ser

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JHOURYAN DITICO,

       Plaintiff,                 No. CIV S-07-2251 GEB KJM PS

    vs.

ROSEVILLE POLICE DEP'T, et al.,

       Defendants.         <u>NOTICE OF SUBMISSION</u>

                                    <u>OF DOCUMENTS</u>

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

       _____ completed summons form

       _____ completed USM-285 forms

       _____ copies of the Complaint

DATED:

                                                       _____
                                                       Plaintiff